## STATEMENT OF FACTS

Defendant Ricardo Lamont Seldon lives with relatives at 714 Oglethorpe Street, N.W., Washington, D.C. In addition to statements to police that defendant and his grandparents have given, which identify this address as defendant's home, this also is stated in a Pre-Sentence Investigation (PSI) report which the U.S. Probation Office prepared for the Court in <u>United States</u> v. <u>Ricardo Lamont Seldon</u>, Cr. No. 05-0260 (RMC). In this case in the U.S. District Court for the District of Columbia, defendant is pending sentencing following guilty pleas to gun and drug crimes in violation of federal and District of Columbia law. This Court previously had released defendant Seldon pending sentencing with the requirement that he live at this address on Oglethorpe Street, N.W., in an order dated July 27, 2005.

On October 25, 2005, just before 7:30 p.m., sworn officers of the Metropolitan Police Department executed a search warrant at defendant's home at 714 Oglethorpe Street, N.W., Washington, D.C. Defendant was not home at the time. In the course of executing the search warrant, police learned about a particular bedroom at this address, which is defendant's bedroom. From that bedroom, police seized about one ounce of suspected crack cocaine base, that is, a plastic bag containing white, rock-like substance, some of which police subjected to a field-test. The field-test indicated the rock-like substance contained cocaine. Police also seized a loaded, semi-automatic pistol, which was underneath defendant's mattress, along with the bag containing the suspected crack cocaine base.

The amount, form, and packaging of the suspected crack cocaine base, along with its location, and other items that police seized, indicate that defendant possessed the drugs to sell to others, rather than to use them himself.

_____
RODRIGO CRISOSTOMO
FOURTH DISTRICT, MPD

Sworn and subscribed before me on
this ___ day of November, 2005.

_____
U.S. MAGISTRATE JUDGE