AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

FOR THE ~~DISTRICT OF~~ District of Columbia

UNITED STATES OF AMERICA

v.

Ricardo Seldon

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 05-593M-01

**FILED**

NOV 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, Ricardo Seldon, charged in a (complaint) (petition) pending in this District with Unlawful Possess w/ Intent to Distribute Cocaine in violation of Title 21, U.S.C., 841(a)(1),

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Ricardo Seldon_
Defendant

11/22/05
Date

_[signature]_
Counsel for Defendant