UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No.: 05-000593M |
| : | Status: January 9, 2006 |
| RICARDO SELDON, : | Magistrate Judge Robinson |
| : | |
| Defendant. : | |

===================================

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Undersigned counsel, Billy L. Ponds, of The Ponds Law Firm, respectfully submits this Motion to Withdraw as Counsel of Record and requests that this Court enter an Order withdrawing counsel's appearance as counsel of record in the above-captioned case. Harry Tun, Esquire has moved to substitute counsel for the defendant.

Accordingly, counsel respectfully requests that the Court grant the Motion to Withdraw as Counsel of Record.

Respectfully submitted,

_____
Billy L. Ponds, Bar No.: 379883
The Ponds Law Firm
3218 O Street, NW, Suite Two
Washington, DC 20007
(202) 333-2922

### CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of this Motion to Withdraw as Counsel of Record was sent via facsimile and first class mail to Barry Wiegand and Angela George, Office of the United States Attorney, 555 4th Street, NW, Washington, DC 20530 and via certified mail-return receipt requested to Mr. Ricardo Seldon, PDID Number 515-285, District of Columbia Jail, 1901 D Street, SE, Washington, DC 20003 on this ____ day of January 2006.

_____
Billy L. Ponds

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No.: 05-000593M |
| | : | Status: January 9, 2006 |
| **RICARDO SELDON,** | : | Magistrate Judge Robinson |
| | : | |
| **Defendant.** | : | |

===================================

### ORDER

THIS CAUSE having come before the Court on the Motion to Withdraw as Counsel of Record, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that the Motion to Withdraw as Counsel of Record is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the appearance of Billy L. Ponds is hereby withdrawn as counsel of record in the above-captioned case.

_____
JUDGE

cc: Billy L. Ponds
The Ponds Law Firm
3218 O Street, NW
Suite Two
Washington, DC 20530

Barry Weigand
Angela George
Office of the United States Attorney
555 4th Street, NW
Washington, DC 20530

Mr. Ricardo Seldon
PDID Number: 515-285
District of Columbia Jail
1901 D Street, SE
Washington, DC 20003