UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v.  : | Case No.: 05-000593M |
| : | Status: January 9, 2006 |
| RICARDO SELDON, : | Magistrate Judge Robinson |
| : | |
| Defendant. : | |

=====================================

## MOTION FOR SUBSTITUTION OF COUNSEL

Undersigned counsel, Harry Tun, Esquire, respectfully submits this Motion for Substitution of Counsel and requests that this Court enter an Order granting this request for substitution of counsel. In support thereof, counsel states as follows:

Undersigned counsel respectfully requests that the Court substitute the appearance of undersigned counsel as counsel of record for the defendant in the above-captioned case in place of Billy L. Ponds, Esquire. Accordingly, undersigned counsel requests that the appearance of Billy L. Ponds, Esquire be withdrawn as counsel of record and substituted by undersigned counsel, Harry Tun, Esquire, as the defendant's attorney of record in the above-captioned case.

WHEREFORE, for the reasons stated herein, counsel respectfully requests that the Court grant the Motion for Substitution of Counsel.

Respectfully submitted,

_____
Harry Tun, Esquire, Bar No.: 416262
400 Fifth Street, NW
Suite 300
Washington, DC 20001
(202) 393-2882

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of this Motion for Substitution of Counsel was sent via facsimile and first class mail to Barry Wiegand and Angela George, Office of the United States Attorney, 555 4th Street, NW, Washington, D.C. 20530 and to Billy L. Ponds, Esquire, The Ponds Law Firm, 3218 O Street, NW, Suite Two, Washington, D.C. 20007 and via certified mail-return receipt requested to Mr. Ricardo Seldon, PDID Number 515-285, District of Columbia Jail, 1901 D Street, SE, Washington, DC 20003 on this _____ day of January 2006.

_____
Harry Tun

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No.: 05-000593M |
| | : | Status: January 9, 2006 |
| **RICARDO SELDON,** | : | Magistrate Judge Robinson |
| | : | |
| **Defendant.** | : | |

=====================================

### ORDER

THIS CAUSE having come before the Court on the Motion for Substitution of Counsel, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that the Motion for Substitution of Counsel is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the appearance of Harry Tun Esquire, replaces Billy L. Ponds, Esquire as counsel of record.

                                                                      _____
                                                                      JUDGE

cc:    Harry Tun
        400 Fifth Street, NW
        Suite 300
        Washington, DC 20001

        Billy L. Ponds
        The Ponds Law Firm
        3218 O Street, NW
        Suite Two
        Washington, DC  20007

        BarryWiegand
        Angela George
        Office of the United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530

Mr. Ricardo Seldon
PDID Number: 515-285
District of Columbia Jail
1901 D Street, SE
Washington, DC 20003