UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** : **CRIMINAL NO. 05-593m**
:
**v** :
:
**RICARDO SELDON** :
:

### NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Catherine K. Connelly at telephone number (202)616-3384 and/or email address: Catherine.Connelly2@usdoj.gov.  Ms. Connelly will replace AUSA Barry Wiegand in this matter.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney
Bar No. 451058

_____
Catherine K. Connelly
Assistant United States Attorney
Major Crimes Section, Mass.  Bar No. 649430
555 4th Street, N.W.  #4844
Washington, DC 20001
(202)616-3384; Fax: 353-9414

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Harry Tun, this 17th day of January, 2006.

_____
Catherine Connelly
Assistant United States Attorney